UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:18-cv-2674

FRANK LEON,

    Plaintiff,

v.

CAPITAL ONE BANK (USA), N.A.,

    Defendant.

## NOTICE OF SETTLEMENT

NOW COMES Plaintiff, FRANK LEON ("Plaintiff"), by and through the undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Plaintiff therefore requests that this Honorable Court vacate all dates currently set on calendar for the present matter.

DATED: January 15, 2019            RESPECTFULLY SUBMITTED,

                                       By: /s/ Adam T. Hill
                                            Adam T. Hill
                                            Attorney for Plaintiff
                                            Krohn & Moss, Ltd.
                                            10 N. Dearborn St
                                            Suite 301
                                            Chicago, IL 60602
                                            Tel: (312) 578-9428 ext 242
                                            Fax: (866) 861-1390
                                            Email: ahill@consumerlawcenter.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 15, 2019, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was submitted to all parties by way of the Court's CM/ECF System.

          By:    /s/ Adam T. Hill
                      Adam T. Hill
                      Attorney for Plaintiff