# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| STEVE McCARTHY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-cv-00203 |
| | ) | |
| CAPITAL ONE BANK (USA), N.A., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF ERRATA AND CORRECTION TO PLAINTIFF'S NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff Steve McCarthy hereby provides notice of errata and correction as follows:

On March 8, 2019 Plaintiff filed his "Notice of Errata," (Doc. No. 14) and unbeknownst to Plaintiff's counsel, when the Notice was filed, a Notice from a different case was inadvertently filed. A corrected version of the Notice of Settlement for this matter is attached hereto as Exhibit A.

DATED: March 8, 2019                RESPECTFULLY SUBMITTED,

By: /s/ Adam T. Hill
Adam T. Hill
Attorney for Plaintiff
Krohn & Moss, Ltd.
10 N. Dearborn St
Suite 301
Chicago, IL 60602
Tel: (312) 578-9428 ext 242
Fax: (866) 861-1390
Email: ahill@consumerlawcenter.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on March 8, 2019, I electronically filed the foregoing Notice of Errata with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was submitted to all parties by way of the Court's CM/ECF System.


                                        By:    /s/ Adam T. Hill
                                                    Adam T. Hill
                                                    Attorney for Plaintiff

# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEVE McCARTHY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:19-cv-00203 |
| | ) |
| CAPITAL ONE BANK (USA), N.A., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

NOW COMES Plaintiff, STEVE McCARTHY ("Plaintiff"), by and through the undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Plaintiff therefore requests that this Honorable Court vacate all dates currently set on calendar for the present matter.

DATED: March 8, 2019          RESPECTFULLY SUBMITTED,

By: /s/ Adam T. Hill
Adam T. Hill
Attorney for Plaintiff
Krohn & Moss, Ltd.
10 N. Dearborn St
Suite 301
Chicago, IL 60602
Tel: (312) 578-9428 ext 242
Fax: (866) 861-1390
Email: ahill@consumerlawcenter.com