**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| STEVE McCARTHY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-cv-00203 |
| | ) | |
| CAPITAL ONE BANK (USA), N.A., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, STEVE McCARTHY ("Plaintiff"), and Defendant, CAPITAL ONE BANK (USA) N.A., ("Defendant"), through their counsel, stipulate that the dispute between the parties has been resolved, and the parties agree to dismiss this case, with prejudice, both sides to bear their own fees and costs. Therefore, the parties respectfully request this Honorable Court dismiss this case, with prejudice, both sides to bear their own fees and costs.

Dated: April 30, 2019

Respectfully Submitted,

By:/s/ Adam T. Hill
Adam T. Hill, Esq.
KROHN & MOSS, LTD.
10 N. Dearborn Street, 3rd Floor
Chicago, IL 60602
T: (312) 578-9428 ext 242
F: (866) 861-1390
ahill@consumerlawcenter.com

ATTORNEY FOR PLAINTIFF

Dated: April 30, 2019

Respectfully Submitted,

By:/s/ Ke Liu
Jeffrey D. Pilgrim
Ke Liu
Pilgrim Christakis LLP
321 North Clark Street, 26th Floor
Chicago, IL 60654
T: (312) 939-0923
jpilgrim@pilgrimchristakis.com
kliu@pilgrimchristakis.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2019, I electronically filed the foregoing Stipulation of

Dismissal with the Clerk of the Court by using the CM/ECF System.  A copy of said Stipulation

was submitted to all parties by way of the Court's CM/ECF System

/s/ Adam T. Hill
Adam T. Hill
Attorney for Plaintiff